470

50 A.3d 123

CARMEN ENTERPRISES f/d/b/a Cruise Holidays of Norristown & Byebyenow.Com Travel Store

v.

Vivian Jane COUCHARA (Sharon Martin– A Third Party Witness).

Petition of Bruce J. Chasan, Esquire.

No. 807 MAL 2011.

Supreme Court of Pennsylvania.

July 31, 2012.

## ORDER

PER CURIAM.

AND NOW, this 31st day of July, 2012, the Petition for Allowance of Appeal and the Application for Leave to File a Response are DENIED.